NO. 07-10-0501-CV
 
 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL B

 JUNE 14, 2011
 ______________________________

 MICHAEL MALONE d/b/a MICHAEL MALONE STUDIO,
 And WKMC ARCHITECTS, INC.,
 
 Appellants
 V.
 
 BARNES JEWELRY, INC.,
 Appellee
 ______________________________

 FROM THE 251ST DISTRICT COURT OF POTTER COUNTY;

 NO. 95,078-C; HONORABLE ANA ESTEVEZ, PRESIDING
 _____________________________

 ORDER DISMISSING APPEAL
 _____________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.
Appellants have filed a motion to dismiss. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(1) and dismiss the appeal. Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.
 Brian Quinn
 Chief Justice